# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMETRI LAMAR ALEXANDER,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71814

**FILED**

DEC 1 6 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## *ORDER DENYING PETITION*

This petition for a writ of mandamus or prohibition seeks an order releasing petitioner from custody. We conclude that petitioner is not entitled to extraordinary relief for two reasons. First, the issues raised in the petition involve factual disputes that cannot be resolved by this court and therefore must be presented to the district court in the first instance. *See Round Hill Gen. Imp. Dist. v. Newman*, 97 Nev. 601, 601, 637 P.2d 534, 536 (1981). Second, despite petitioner's assertions to the contrary, the allegations in this petition challenge the validity of petitioner's judgment of conviction, and therefore, they must be raised in a postconviction petition for a writ of habeas corpus filed in the district court. NRS 34.726(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:  Demetri Lamar Alexander
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

16-39158